IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| M. MAZEN ALKHATIB, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 10-00342-KD-C |
| ) | |
| JOHN W. STEADMAN, *et al.*, ) | |
|     Defendants. ) | |

## JUDGMENT

In accordance with the order entered this date granting Defendants' motion for summary judgment (Doc. 40), it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of Plaintiff M. Mazen Alkhatib against Defendant John W. Steadman, in his individual capacity and in his official capacity as Dean of the College of Engineering of the University of South Alabama, and against Defendants Bob Riley, Joseph Morton, Christie Miree, John M. Peek, Dr. Stephen P. Furr, Bettye R. Maye, James P. Nix, Bryant Mixon, Dr. Scott A. Charlton, Larry D. Striplin, Jr., J. Cecil Gardner, Samuel L. Jones, Arlene Mitchell, Dr. Stephen H. Stokes, Donald L. Langham, Judge Kenneth O. Simon, and James A. Yance in their official capacities as Trustees of the University of South Alabama, are **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **15th** day of **November 2011**.

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**